PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Joseph Martinez Mafnas    Docket No. 1:21-CR-00068-LY-5

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Matthew Gosser, pretrial services/probation officer, presenting an official report upon the conduct of defendant Joseph Martinez Mafnas, who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Austin, Texas on the 14th date of April, 2021 under the following conditions:

> See Order Setting Conditions of Release dated April 13, 2021.
>
> Condition #7(m): not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On February 9, 2022, U.S. Pretrial Services received an email from the Drug Testing Lab reporting the defendant provided a positive urine specimen for amphetamines on January 28, 2022.
>
> On February 10, 2022, U.S. Pretrial Services contacted the defendant with the results, to which he admitted to the use of methamphetamine.
>
> It should be noted the defendant previously submitted a positive urine specimen for amphetamine on August 25, 2021, for which he admitted use. As a result, he was referred to outpatient substance abuse treatment on September 13, 2021. The defendant remains enrolled in outpatient treatment services.
>
> Assistant United States Attorney, Mark Marshall has been informed of this violation and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be brought before this Court to show cause as to why this bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 02/11/2022

PS 8
(Rev. 12/04)

| ORDER OF COURT | |
|---|---|
| Considered and ordered this __13th__ day of __February__, __2022__ and ordered filed and made a part of the records in the above case. | _[signature]_ U.S. Pretrial Services Officer   Phone Number |
| _[signature]_ U.S. District Judge/Magistrate Judge | _[signature]_ Supervisory U.S. Pretrial Services Officer   Phone Number  +1 (210) 818-7861 |
| | Place  U.S. Pretrial Services Office 501 W 5th Street Ste 3200 Austin, Texas 78701 |